```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03982
    PATRICIA D BERRY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9278


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 02/21/2008 and was confirmed 05/07/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/05/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER      827.81           .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER     1286.43           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00            .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     1804.00           .00           .00
BRAZOS HIGHER EDUCATION    UNSEC W/INTER        .00            .00           .00
MCI                        UNSEC W/INTER NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      762.61           .00           .00
ADVOCATE LUTHERAN GENERA   UNSEC W/INTER NOT FILED             .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED             .00           .00
NICOR GAS                  UNSEC W/INTER NOT FILED             .00           .00
SOURCEONE CU               UNSEC W/INTER     2817.89           .00           .00
IONIA WILBORN              NOTICE ONLY   NOT FILED             .00           .00
HOMEQ SERVICING            NOTICE ONLY   NOT FILED             .00           .00
COOK COUNTY TREASURER      SECURED              .00            .00           .00
COOK COUNTY TREASURER      SECURED              .00            .00           .00
HOMEQ SERVICING CORP       CURRENT MORTG        .00            .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE    11126.64           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00            .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I        .00            .00           .00
SOURCEONE CU               SECURED NOT I      296.88           .00           .00
BROTHER LOAN & FINANCE C   UNSEC W/INTER     1021.06           .00           .00
ECMC                       UNSEC W/INTER        .00            .00           .00
SIR FINANCE                UNSEC W/INTER     1196.00           .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY      2,500.00                      1,510.64
TOM VAUGHN                 TRUSTEE                                          131.36
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    1,642.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03982 PATRICIA D BERRY
```

```
PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,510.64
TRUSTEE COMPENSATION                                            131.36
DEBTOR REFUND                                                      .00
                                      ---------------   ---------------
TOTALS                                       1,642.00          1,642.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 02/25/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                        PAGE   2
         CASE NO. 08 B 03982 PATRICIA D BERRY